IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE PACID GROUP, LLC<br><br>    v.<br><br>APPLE, INC., ET AL | No. 6:09cv143<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PACid Group, LLC ("PACid") states that PACid has no parent corporation, and no publicly held corporation owns more than ten percent of PACid's stock.

Dated: April 24, 2009                                        Respectfully submitted,

**THE PACID GROUP, LLC**

By: /s/ *John J. Edmonds*
**John J. Edmonds**
Texas State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
johnedmonds@edmondslegal.com

**ATTORNEY FOR PLAINTIFF
THE PACID GROUP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 24, 2009                                        /s/ John J. Edmonds
                                                                John J. Edmonds